1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   TIMOTHY R. BOLIN, CSBN 259511
4  Special Assistant United States Attorney
5      Social Security Administration
       Office of the General Counsel
6      160 Spear St Ste 800
       San Francisco, CA 94105
7      Telephone: (415) 977-8982
       Facsimile: (415) 744-0134
8      Email: Timothy.Bolin@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA SCOTT, | Case No.: 1:15-cv-01831-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from September 30, 2016 to October 31, 2016.  This is Defendant's first request for an extension of time.

    Defendant requests this extension due to her attorney's inordinately heavy caseload in September 2016 through October 2016, and because her attorney has been sick and intermittently out of the office for the period between September 12, 2016 and September 23, 2016.  Defendant

1  respectfully requests this additional time to review the Administrative Record and to evaluate
2  and respond to Plaintiff's arguments.
3      The parties further stipulate that all subsequent deadlines set forth in the Court's
4  Scheduling Order shall be extended accordingly.
5      The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: September 30, 2016   */s/ Michelle J. Shvarts\**
(\* As authorized via email on September 30, 2016)
MICHELLE J. SHVARTS

Attorney for Plaintiff

Dated: September 30, 2016   PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the above stipulation (Doc. 16), Defendant shall file any opposition no later than **October 31, 2016**. Any reply shall be filed no later than 15 days after the filing of the opposition.

IT IS SO ORDERED.

Dated:   **October 3, 2016**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE